UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROMAN ASHNUROV,

    Petitioner,

-vs-                                    Case No. 8:09-cv-422-T-30TBM

ERIC H. HOLDER, JR., ATTORNEY
GENERAL OF THE UNITED STATES, et al.,

    Respondents.
_____/

## **O R D E R**

BEFORE the Court is the Respondents' Motion to Dismiss For Mootness (Dkt. 4). Respondents inform the Court that Petitioner was removed to Estonia on March 25, 2009 (Dkt. 4-2). Because the relief Petitioner sought in his petition was to be free from indefinite detention pending his repatriation (Dkt. 1 at 8), his petition is now moot.

Upon consideration, the Respondents' motion to dismiss is **GRANTED** (Dkt. 4). The Clerk shall terminate all pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 5, 2009.

                                                    JAMES S. MOODY, JR.
                                                    UNITED STATES DISTRICT JUDGE

SA: sfc
Copies to: Petitioner *pro se* (last known address)
           Counsel of Record